JS-6

1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER A. KENNEY, CSBN 241625
7  Special Assistant United States Attorney
8       160 Spear Street, Suite 800
        San Francisco, CA  94105
9       Telephone:  (510) 970-4825
10      Facsimile:  (415) 744-0134
11      E-Mail:  Jennifer.A.Kenney@ssa.gov
12
   Attorneys for Defendant Commissioner of Social Security
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LLOYDELL BARRETT, | ) Case No. 8:20-cv-01808-AGR |
| | ) |
| Plaintiff, | ) |
| | ) JUDGMENT OF REMAND |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI[1], | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: November 29, 2021

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE